# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00250-AN |
| v. | INDICTMENT |
| JETT AVERY THOMAS, | 18 U.S.C. § 111(a) and 111(b) |
| Defendant. | |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Aggravated Assault on a Federal Employee Causing Bodily Injury)
### (18 U.S.C. § 111(a) and 111(b))

On or about July 3, 2023, within the District of Oregon, defendant **JETT AVERY THOMAS** did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with Adult Victim 1 (AV1), a Court Security Officer and Special Deputy United States Marshal employed by the United States Marshal Service and a person designated in Title 18, United States Code, Section 1114, while AV1 was engaged in and on account of the performance of his official duties, and in committing the offense inflicted bodily injury on AV1;

In violation of Title 18, United States Code, Section 111(a) and 111(b).

///

///

**Indictment**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Page 1**

## COUNT 2
### (Aggravated Assault on a Federal Employee with a Dangerous Weapon)
### (18 U.S.C. § 111(a) and 111(b))

On or about July 3, 2023, within the District of Oregon, defendant **JETT AVERY THOMAS** did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with Adult Victim 1 (AV1), a Court Security Officer and Special Deputy United States Marshal employed by the United States Marshal Service and a person designated in Title 18, United States Code, Section 1114, while AV1 was engaged in and on account of the performance of his official duties, and in committing the offense used a dangerous weapon, to-wit: a radio;

In violation of Title 18, United States Code, Section 111(a) and 111(b).

///

///

///

**COUNT 3**
**(Aggravated Assault on a Federal Employee**
**Involving Physical Contact)**
**(18 U.S.C. § 111(a))**

On or about July 3, 2023, within the District of Oregon, defendant **JETT AVERY THOMAS** did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with Adult Victim 1 (AV1), a Court Security Officer and Special Deputy United States Marshal employed by the United States Marshal Service and a person designated in Title 18, United States Code, Section 1114, while AV1 was engaged in and on account of the performance of his official duties, and such acts involved physical contact with AV1;

In violation of Title 18, United States Code, Section 111(a).

Dated: August ___, 2023.                         A TRUE BILL.

                                                 ███████████████████
                                                 OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

_____
SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney

Indictment                                                                 Page 3