Anna Belesiotis, CA SBN 272710
Assistant Federal Public Defender
Email: anna_belesiotis@fd.org
101 SW Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123
Attorney for Mr. Thomas

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:23-cr-00250-AN-1 |
| Plaintiff, | DECLARATION IN SUPPORT OF FOURTH MOTION TO CONTINUE TRIAL |
| v. | |
| JETT AVERY THOMAS, | |
| Defendant. | |

I, Anna Belesiotis, declare:

1.      I represent Jett Avery Thomas in the above-entitled case.

2.      The parties have consulted and the government, through AUSA Scott Kerin, does not oppose a 91-day continuance of the trial date.

3.      Mr. Thomas is currently in custody.

4.      I have discussed with Mr. Thomas his right to a speedy trial under 18 U.S.C. § 3161(h)(7)(A). Mr. Thomas understands his rights and knowingly waives his right to a speedy trial.

5.      In light of the potential penalties in this case, the need to receive and discuss the government's offer with Mr. Thomas, Mr. Thomas' consent, and the government's lack of objection to the Motion to Continue Trial Date, a continuance of the trial date is reasonable and just, and the ends of justice support granting this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on September 3, 2024 in Portland, Oregon.

*/s/ Anna Belesiotis*
Anna Belesiotis, CA SBN 272710